# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ashlee Williams

                           Plaintiff,

v.                                                                        Case No.: 1:20–cv–07496
                                                                            Honorable Sara L. Ellis

Federal Express Corporation

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 6, 2021:

      MINUTE entry before the Honorable Sara L. Ellis:Telephone conference held on 7/6/2021. The Court dismisses this case without prejudice and with leave to reinstate this case until 8/20/2021, at which point this dismissal will convert to one with prejudice if no party has sought to reinstate it prior to that date. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.